IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carolyn Kohler, et al.,                  Case No. 5:08 CV 902

           Plaintiffs,             DISMISSAL ORDER

       -vs-                        JUDGE JACK ZOUHARY

Hyatt Corporation, et al.,

           Defendants.

A pretrial held on March 8, 2010 resulted in a settlement which was read into the record and approved by all parties. Details of settlement are under seal.

Counsel and parties present: Paul Greenberg, Twila White and Adam Spiewak, attorneys for Plaintiffs; Plaintiffs Carolyn Kohler, Vanessa McKeefry and Joanna Perez; David Freedman, Attorney for Defendants Hyatt; Durrin Zemnick and Michael Segall on behalf of Defendants Hyatt; *Pro Se* Defendant David Jubinville.

Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal filed within thirty (30) days setting forth specific settlement terms and conditions shall supersede this Order. The Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                                            s/ *Jack Zouhary*
                                                            JACK ZOUHARY
                                                            U. S. DISTRICT JUDGE

                                                            March 11, 2010